Brian K. Cline State Bar no.: 246747
Mark A. Johnson  State Bar no.: 276753
**CLINE, APC**
7855 Ivanhoe Ave. Suite 400
La Jolla, CA 92037
Telephone: (858) 373-9337
E-mail:  brian@clineapc.com
E-mail:  mark@clineapc.com
E-mail:  mail@clineapc.com

Attorneys for Plaintiff,
MICHAEL KING-HERNANDEZ


**WILSON TURNER KOSMO LLP**
ROBERT A. SHIELDS (206042)
NINA M. RABIN (334419)
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile:  (619) 236-9669
E-mail:  rshields@wilsonturnerkosmo.com
E-mail:  nrabin@wilsonturnerkosmo.com
E-mail:  warrantyeservice@wilsonturnerkosmo.com

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KING-HERNANDEZ an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   2:24-cv-1139-JAM-JDP<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>State Ct. Complaint Filed: March 7, 2024<br><br>District Judge: John A. Mendez<br><br>Magistrate Judge: Jeremy D. Peterson<br><br>Trial Date: Not set |

-1-    Case No. 2:24-cv-1139-JAM-JDP
JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff MICHAEL KING-HERNANDEZ ("Plaintiff") and defendant MERCEDES-BENZ USA, LLC ("Defendant") (collectively "Parties") by and through their counsel of record, hereby stipulate to dismiss this action.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel of record, and subject to approval by the Court, that:

The entire action be dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Dated:   June 4. 2025          **CLINE. APC**

                                     By:   /s/ *Mark A. Johnson*
                                           BRIAN K. CLINE
                                           JEFFREY O. MOSES
                                           MARK A. JOHNSON
                                           Attorneys for Plaintiff
                                           MICHAEL KING-HERNANDEZ

Dated:   June 4. 2025          **WILSON TURNER KOSMO LLP**

                                     By:   /s/ *Nina M. Rabin*
                                          ROBERT A. SHIELDS
                                          NINA M. RABIN
                                          Attorneys for Defendant
                                          MERCEDES-BENZ USA. LLC

## **ATTESTATION**

Pursuant to Local Rule 131(e) of the Eastern District of California, all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: _____          /s/*Nina M. Rabin*
                                                                        NINA M. RABIN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KING-HERNANDEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>　　　　　Defendant. | Case No: 2:24-cv-01139-JAM-JDP<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>District Judge: John A. Mendez<br><br>Magistrate Judge: Jeremy D. Peterson |

　　The Court hereby grants Plaintiff MICHAEL KING-HERNANDEZ and Defendant MERCEDES-BENZ USA, LLC's Joint Motion for Dismissal of All Claims With Prejudice.

　　GOOD CAUSE APPEARING, it is hereby ORDERED that: Plaintiff's Complaint shall be **DISMISSED with prejudice**.

　　**IT IS SO ORDERED**.

Dated: June 04, 2025　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

1

STIPULATION AND ORDER